**FILED**

MAY 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   2:11-cr-00365-GEB
            Plaintiff,     )
                           )
     v.                    )   ORDER FOR RELEASE OF PERSON
                           )   IN CUSTODY
GERMAN ALVAREZ-ORTEGA,     )
                           )
            Defendant.     )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release German Alvarez-Ortega from custody of the United States Marshal.

May 24, 2013.

_____
UNITED STATES DISTRICT JUDGE

File Copy

1